IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL CASSELS,

    Plaintiff,

v.                                          Case No. 1:22-cv-118-AW-HTC

SHERIFF CLOVIS WATSON and
STATE ATTORNEY'S OFFICE,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 6, 2022 Report and Recommendation. ECF No. 6. There has been no objection. I note that the docket shows the Report and Recommendation was returned as undeliverable. Thus, it may be that Plaintiff has not received it. But as the magistrate judge noted, Plaintiff had an obligation to keep the court apprised of his address change.

I have determined the Report and Recommendation should be adopted, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for failure to prosecute and for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on August 8, 2022.

                                                  s/ *Allen Winsor*
                                                 United States District Judge